# (July 13, 1984)

■ In the Matter of ERNEST ABDELLA, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. —

Motion for stay of order entered June 15, 1984 pending determination of motion for reargument or, in the alternative, for permission to appeal to the Court of Appeals, granted. Mahoney, P. J., Kane, Casey and Mikoll, JJ., concur.